FILED
MAR 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR615-IEG |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute (Felony) |
| SAUL JUNIOR GONZALEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 5, 2008, within the Southern District of California, defendant SAUL JUNIOR GONZALEZ, did knowingly and intentionally possess, with intent to distribute, 5 kilograms or more, to wit: approximately 24.54 kilograms (54.1 pounds) of Cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 4, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
3/4/08