AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| SAUL JUNIOR GONZALEZ | CASE NUMBER: 08CR 615-IEG |

I, **SAUL JUNIOR GONZALEZ**, the above named defendant, who is accused of committing the following offense:

Possession of Cocaine with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **3/4/08** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Saul Jr Glez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

FILED
MAR 0 4 2008